In the Criminal/Circuit Court of __DICKSON__ County, Tennessee

Case #: ▓▓▓▓▓▓
Count #: _____

Judicial District __Twenty-Third__
Attorney for the State __Robert S. Wilson__

Judicial Division __II__
Counsel for Defendant __Lisa C. Donegan__
☐ Retained;  ☐ Appointed;  ☒ Public Defender

State of Tennessee
vs.
Defendant ▓▓▓▓▓▓
Date of Birth ▓▓▓▓▓▓  Sex ▓  Race ▓  SSN ▓▓▓▓▓▓
From Indictment # ▓▓▓▓▓▓
Alias _____
Warrant # ▓▓▓▓▓▓

FILED __12-23__ 19__91__
__10:30__ A.M.
Sue Zwingle, Clerk

## Judgment

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.

On the __19th__ day of __December__, 19__91__, the defendant:

☐ pled guilty

Is found:
☒ guilty
☐ jury verdict
☐ bench trial
☒ nolo contendere
☐ not guilty
☐ not guilty by reason of insanity

Indictment: Class (circle one): 1st A B C D (E)
Offense __Statutory Rape__
Amended Charge _____
Offense date __6__/____/__91__  County __Dickson__
Conviction offense __Statutory Rape__
TCA #: __39-13-506__
Conviction class (circle one): 1st A B C D (E)
Sentence-imposed-date __12__/__19__/__91__
☒ Felony  ☐ Misdemeanor

After considering the evidence, the entire record, and all factors in T.C.A. Title 40, Chapter 35, all of which are incorporated by reference herein, the Court's findings and rulings are:

☐ Pre 1982 Sentence:
  ☐ Determinate
  ☐ Indeterminate
  from ___ yrs. to ___ yrs.
  ☐ Class X – 1979-1982: 35%
  ☐ 1st Degree Murder

☐ Sentence Reform Act of 1982
  ☐ Especially Mitigated 20% Range 1
  ☐ Standard 30% Range 1
  ☐ Persistent 35% Range 2
  ☐ Especially Aggravated 35% Range 2
  ☐ Especially Aggravated and Persistent 40% Range 2
  ☐ Habitual
  ☐ 1st Degree Murder

☒ Sentence Reform Act of 1989
  ☐ Mitigated 20%
  ☐ Mitigated 30%
  ☒ Standard 30% Range 1
  ☐ Multiple 35% Range 2
  ☐ Persistent 45% Range 3
  ☐ Career 60%
  ☐ 1st Degree Murder

Sentenced to:                 Sentence Length:
☒ TDOC                        __2__ Years ___ Months ___ Days ___ Life
☐ Regional Workhouse          ___ Years ___ Months ___ Days
☐ County Jail                 ___ Years ___ Months ___ Days ___ Hours ___ Week-ends ___ Periodic:(___)
___ % min. svc. prior to program or work release   ___ % min. svc. prior to release (Misdemeanor only)
☐ Workhouse                   ___ Years ___ Months ___ Days ___ Hours ___ Week-ends ___ Periodic:(___)
___ % min. svc. prior to program or work release   ___ % min. svc. prior to release (Misdemeanor only)
☐ Work Release                ___ Years ___ Months ___ Days ___ Hours ___ Week-ends
☒ Probation                   __2__ Years ___ Months ___ Days   Effective: __12/19/91__
☐ Community Based Alternative ___ Years ___ Months ___ Days ___ Hours ___ Week-ends
Specify: _____

Pretrial Jail-Credit Period: from __/__/__ to __/__/__  from __/__/__ to __/__/__  or Number of Days _____

Court Ordered Fees:
$ __50.00__  Criminal Injury Compensation Fund
$ _____  Supervision
$ _____  Child Support
$ __235.00__  Court Costs
$ _____  Court Fines

Restitution:
Victim Name _____
Address _____

Total Amount $_____  $_____ per month
Unpaid Community Service:
(___ Hours, ___ Days, ___ Weeks, ___ Months)

☒ The Defendant having been found guilty is rendered infamous.
TDOC # _____

Concurrent with: _____

Consecutive to: _____

Special Conditions: _____

Leonard Martin
Judge's Name

Judge's Signature

__12__/__19__/__91__
Date of Entry of Judgment

White copy – Criminal Court Clerk
Yellow copy – ▓▓▓▓ of Corrections MTS ▓▓
Pink copy – Sentencing ▓▓▓▓▓▓

Defendant's Attorney (optional)    (optional)

EXHIBIT A